IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J.T. JOHNSON JR., <br><br> Plaintiff, <br><br> vs. <br><br> LARRY DEMERATH, and DEMERATH LAW OFFICE, <br><br> Defendants. | 8:24CV208 <br><br> **THIRD AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that the parties' joint motion to amend the progression order is granted. (Filing No. 51). The unexpired deadlines in the final progression order are amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for November 4, 2025 is **continued** and will be held with the undersigned magistrate judge on **December 22, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)) is December 30, 2025.

3) The deadline for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is February 3, 2026.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 2, 2026.

5) The deadline for filing motions to dismiss and motions for summary judgment is May 4, 2026.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 4, 2026.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 31st day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge