IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

J.T. JOHNSON JR.,

          Plaintiff,

   vs.

LARRY DEMERATH, and  DEMERATH
LAW OFFICE,

          Defendants.

**8:24CV208**

**FIFTH AMENDED FINAL
PROGRESSION ORDER**

This matter is before the court on Defendants' Unopposed Motion to Extend Progression Order Deadlines, which was accompanied by a stipulation of the parties. (Filing No. 60). The parties agreed to the new deadlines and stipulate that they are engaged in scheduling the deposition of the plaintiff's retained medical expert, which they anticipate will occur in June in Atlanta, Georgia. The parties further agree that Defendants may have additional time to identify any experts and provide expert disclosures. While the court notes the deadlines to make such disclosures have now expired, the court finds good cause for the extension based upon the parties' stipulation and agreement to attend mediation on July 20, 2026. Accordingly,

IT IS ORDERED that Defendants' Unopposed Motion to Extend is granted (Filing No. 60) and the final progression deadlines are amended as follows:

1)     The status conference set for **May 8, 2026** at **9:00 a.m.** to discuss case progression and the parties' interest in settlement is **<u>continued</u>** pending further order of the court, as the parties are already scheduled to mediate. The parties shall notify the court regarding the outcome of mediation on or before July 31, 2026, and shall promptly notify the court if the date of the scheduled mediation changes.

2)     The deadline for Defendant to identify expert witnesses expected to testify at

the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)) is June 15, 2026.

3) The deadline for Defendant to complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), is July 15, 2026.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 4, 2026.

5) The deadline for filing motions to dismiss and motions for summary judgment is September 4, 2026.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 4, 2026.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.