IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

J.T. JOHNSON JR.,

Plaintiff,

vs.

LARRY DEMERATH, and DEMERATH LAW OFFICE,

Defendants.

**8:24CV208**

**SIXTH AMENDED FINAL PROGRESSION ORDER**

This matter is before the court on the parties' Joint Motion to Extend Unexpired Deadlines Set in Filing No. 61. (Filing No. 70). The parties mediated in August 2026, but the case did not settle. The parties requested certain deadlines to be extended. The parties request to extend the unexpired deadlines for completing depositions, filing motions to dismiss and motions for summary judgment, and for filing motions to exclude testimony on *Daubert* and related grounds. This request will be granted and the deadlines amended as set forth below. The parties request the court grant the parties an additional thirty (30) days from the date of this order to serve additional written discovery. Fed. R. Civ. P. 16(b)(4) provides that a schedule may be modified only for good cause and with the judge's consent. The deadline for completing written discovery expired on June 30, 2025, (Filing No. 39), and the deadline for filing motions to compel written discovery expired on July 14, 2025, (Filing No. 39). The parties have not provided any showing of good cause to reopen deadlines that have been expired for over a year. Accordingly,

IT IS ORDERED that the joint motion to extend is granted in part and denied in part. (Filing No. 70). The final progression deadlines are amended as follows:

1) The trial and pretrial conference will not be set at this time. A status

conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **January 12, 2027** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The parties' request to reopen the written discovery deadline is denied. However, nothing in this order prevents the parties from entering into a discovery stipulation under NECivR. 29.1.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 8, 2027.

4) The deadline for filing motions to dismiss and motions for summary judgment is January 8, 2027.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 8, 2027.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 3rd day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge